IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| ALEJANDRO FLORES § | | |
| AND MARIA A. RAMIREZ, § | | |
| Plaintiffs, § | | |
| § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 2:15-CV-98 | |
| § | | |
| § | | |
| STATE FARM LLOYDS, § | | |
| Defendant. § | JURY DEMANDED | |

---

**PLAINTIFFS ALEJANDRO FLORES' AND MARIA A. RAMIREZ'S
CERTIFICATE OF INTERESTED PARTIES**

---

Plaintiffs, Alejandro Flores and Maria A. Ramirez, respectfully submit this Certificate of Interested Parties listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

**1.** **Plaintiffs:**
Alejandro Flores and Maria A. Ramirez

**2.** **Plaintiffs' Counsel:**
Clayton Hardin
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015

1

Facsimile: (713) 861-0021
clayton@vosslawfirm.com
tyler@vosslawfirm.com

**3.** **Defendant:**
State Farm Lloyds

**4.** **Defendant's Counsel:**
**Mark Lindow**
**Jana Richard**
Lindow Stephens Treat, LLP
One Riverwalk Place

700 N. St. Mary's Street, Ste. 701

San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602


**OTHER PARTIES FINANCIALLY INTERESTED IN THE LITIGATION:**
Unknown

In accordance with this Court's Order, if new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

Respectfully submitted,

**T**HE **V**OSS **L**AW **F**IRM**, P.C.**

*/s/ Clayton Hardin*
State Bar No. 24090144
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
clayton@vosslawfirm.com

**ATTORNEY FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2015, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

**Mark Lindow**
**Jana Richard**
Lindow Stephens Treat, LLP
One Riverwalk Place
700 N. St. Mary's Street, Ste. 701
San Antonio, Texas 78205
Telephone: (210) 227-2200
*Attorneys for Defendant State Farm Lloyds*
 *Via E-Service*

> */s/ Clayton Hardin*_____
> Clayton Hardin